JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> vs. <br> **ONE 2007 BMW 750LI,** <br> **Defendants.** | Case No.: SACV 11-01231-CJC(RNBx) <br><br> **JUDGMENT** |

In accordance with the Court's order dated February 13, 2012, granting Plaintiff's motion for default judgment, judgment is entered in favor of Plaintiff and against Defendant.

DATED:   February 13, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE